The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.   CR05-396JCC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | MOTIONS TO |
| BENJAMIN LONG, | ) | SEAL SENTENCING |
| | ) | MEMORANDA |
| Defendant. | ) | |

THIS MATTER having come before the Court on the motion of the plaintiff, United States of America, to file its Sentencing Memorandum in this matter under seal (Dkt. No. 116) and Defendant's motion to file his Sentencing Memorandum in this matter under seal (Dkt. No. 114); the Court, having reviewed the motions and the Sentencing Memoranda, and being otherwise fully advised, finds and rules as follows:

IT IS HEREBY ORDERED that the United States' Sentencing Memorandum and the Defendant's Sentencing Memorandum shall remain sealed.

DATED this 20th day of April, 2007.

John C. Coughenour
United States District Judge