FILED _____ ENTERED
_____ LODGED _____ RECEIVED

DEC 2 0 2012

CLERK AT SEATTLE
U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

1

2

3

4

5

6

7

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN LONG,<br><br>Defendant. | NO. CR05-396-JCC<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on December 20, 2012. The United States was represented by Assistant United States Attorney Vince Lombardi, and the defendant by Jay Stansell.

The defendant had been charged with Conspiracy to Distribute Marijuana in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) and 846. On or about March 30, 2007, defendant was sentenced by the Honorable John C. Coughenour to a term of 37 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse program, financial disclosure, search, alcohol abstinence, and maintain a single checking account.

**05-CR-00396-M**

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons dated December 3, 2012, U.S. Probation Officer Jerrod Akins asserted the following violation by defendant of the conditions of his supervised release:

1.      Consuming marijuana on or before July 26, 2012, in violation of standard condition No. 7.

2.      Consuming marijuana on or before July 31, 2012, in violation of standard condition No. 7.

3.      Consuming marijuana on or before August 23, 2012, in violation fo standard condition No. 7.

4.      Consuming marijuana on or before November 20, 2012, in violation of standard condition No. 7..

The defendant was advised of his rights, acknowledged those rights, and admitted to violations 1, 2 and 3.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2 and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable John C. Coughenour on January 9, 2013 at 9:00 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 20th day of December, 2012.


DEAN BRETT
United States Magistrate Judge

cc:     District Judge:             Honorable John C. Coughenour
        AUSA:                       Vince Lombardi
        Defendant's attorney:       Jay Stansell
        Probation officer:          Jerrod Akins

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2